## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROGER DUANE GOODWIN,<br><br>　　　Defendant. | **No. 4:18-cr-00021**<br><br>**VERDICT FORM** |

### VERDICTS

### Count 1

We, the jury, find Defendant ROGER DUANE GOODWIN, as to the crime of Mail

Fraud as charged in Count 1 of the Indictment:

　　　__X__ Guilty　　　　　　　_____ Not guilty

### Count 2

We, the jury, find Defendant ROGER DUANE GOODWIN, as to the crime of Mail

Fraud as charged in Count 2 of the Indictment:

　　　__X__ Guilty　　　　　　　_____ Not guilty

### Count 3

We, the jury, find Defendant ROGER DUANE GOODWIN, as to the crime of Mail

Fraud as charged in Count 3 of the Indictment:

　　　__X__ Guilty　　　　　　　_____ Not guilty

## Count 4

We, the jury, find Defendant ROGER DUANE GOODWIN, as to the crime of Mail

Fraud as charged in Count 4 of the Indictment:

___X___ Guilty                    _____ Not guilty


## Count 5

We, the jury, find Defendant ROGER DUANE GOODWIN, as to the crime of Mail

Fraud as charged in Count 5 of the Indictment:

___X___ Guilty                    _____ Not guilty


## Count 6

We, the jury, find Defendant ROGER DUANE GOODWIN, as to the crime of Mail

Fraud as charged in Count 6 of the Indictment:

___X___ Guilty                    _____ Not guilty


## Count 7

We, the jury, find Defendant ROGER DUANE GOODWIN, as to the crime of Mail

Fraud as charged in Count 7 of the Indictment:

___X___ Guilty                    _____ Not guilty


8/9/2018
DATE

JURY FOREPERSON

2