## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 19-1014
_____

United States of America

Plaintiff - Appellee

v.

Roger Duane Goodwin

Defendant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:18-cr-00021-RGE-1)
_____

**JUDGMENT**

Before BENTON, WOLLMAN, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and the briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part and reversed in part in accordance with the opinion of this Court.

December 16, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans